# EXHIBIT B

**Office de la propriété intellectuelle du Canada**
Un organisme d'Industrie Canada

**Canadian Intellectual Property Office**
An Agency of Industry Canada

## *Marques de commerce*
### *Certificat d'enregistrement*

La présente atteste que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée et que ledit extrait est une copie conforme de l'inscription de son enregistrement. **Conformément** aux dispositions de la *Loi sur les marques de commerce*, cette marque de commerce est renouvelable tous les quinze ans à compter de la date d'enregistrement.

## *Trade-marks*
### *Certificate of Registration*

This is to certify that the trade-mark, identified in the attached extract from the register of trade-marks, has been registered and that the said extract is a true copy of the record of its registration. In accordance with the provisions of the Trade-marks Act, this trade-mark is subject to renewal every 15 years from the registration date.

**THERMO-LOCK**

Numéro d'enregistrement / Registration Number: **TMA637,496**

Numéro de dossier / File Number: **1195205**

Date d'enregistrement / Registration Date: **15 avr/Apr 2005**

Registraire des marques de commerce
Registrar of Trade-marks
(CIPO 196/11-03)





APPL'N/DEM. NO  1 195 205    REGISTRATION/ENREGISTREMENT NO TMA637,496

FILING DATE/DATE DE PRODUCTION:    22 oct/Oct 2003
REGISTRATION DATE/DATE D'ENREGISTREMENT:    15 avr/Apr 2005

REGISTRANT/PROPRIÉTAIRE ORIGINAL:
MAAX SPAS (ARIZONA), INC.
personne morale légalement constituée
25605, South Arizona Avenue
Chandler, Arizona 85244
ÉTATS-UNIS D'AMÉRIQUE

REP FOR SERVICE/REP POUR SIGNIFICATION:
MAAX CANADA INC.
A/S DAVE TURGEON, SECRETAIRE CORPORATIF
1010 SHERBROOKE OUEST
BUREAU 1610
MONTRÉAL
QUEBEC H3A 2R7

TRADE-MARK/MARQUE DE COMMERCE:

**THERMO-LOCK**

WARES/MARCHANDISES:

Insulation built into and sold as a component part of spas in the nature of heated pools.

CLAIMS/REVENDICATIONS:

Employée au CANADA depuis aussi tôt que 01 janvier 1996 en liaison avec les marchandises.

Employée: ÉTATS-UNIS D'AMÉRIQUE en liaison avec les marchandises.

Enregistrée dans ou pour ÉTATS-UNIS D'AMÉRIQUE le 18 février 1992 sous le No. 1676343 en liaison avec les marchandises.

# EXHIBIT C



**HYDROPOOL**
hot tubs - swim spas

All of the benefits of a full size pool with less cost, less space, less maintenance. The Hydropool Swim Spa.

**The perfect pool. The perfect swim**

SELF CLEANING HOT TUBS | SERENITY HOT TUBS | SWIM SPAS | PROMOTIONAL OFFERS | ACCESSORIES

Standard Features | Specifications | Upgrades & Options | Jet Diagrams | Owners Manual | Build Your Own | Buy Online

## Hydropool Serenity Hot Tubs

**Model 4000 Silver Series**



*May not be exactly as shown. Refer to Jet Diagram for details.*

**Standard Features**
1. World Famous Comfortable and Spacious Design
2. Three Stage Acrylic and Polymer Shell
3a. Powerful 240V / 3HP Pump System - North America
3b. Powerful 230V / 3HP Pump System - Europe
4. 15 Versa Massage Hydrotherapy Jets
5. Stainless Steel High Performance Heater
6. Electronic Soft Touch Controls
7. 4 Inch Enersmart Insulating Hard Cover
8. Super Soft Pillows
9. Underwater Safety Lighting (5 colour)
10. Safety Grab Handles
11. Automatic Water Purification (Ozone) Ready
12. Standard Everlast Synthetic Cabinetry with Removable Panels
13. Galvanized Steel Support Structure and Equipment Base
14. Polymer Base
15. High Flow Triple Fastened Manifold Plumbing
16. Serenity Guarantee
17. Perimeter Thermal Loc Energy Efficient Insulation
18. Clean and Clear Skimming Micro-Filter



*" In making our Hot Tub purchase we had done our due diligence and then we happily closed the books on a Hydropool. The people, the service and our experience have all been so fantastic." Mr. & Mrs. Harry Williams Lake Mohawk, NJ, USA*

HOME | COMMERCIAL | ABOUT US | CUSTOMER CORNER | RETAILER LOCATOR | BECOME A RETAILER | RETAILER LOGIN | SITE MAP

©2007 Hydropool Hot Tubs