

SELF CLEANING HOT TUBS | SERENITY HOT TUBS | SWIM SPAS | PROMOTIONAL OFFERS | ACCESSORIES

Standard Features | Specifications | Upgrades & Options | Jet Diagrams | Owners Manual | Build Your Own | Buy Online

# Hydropool Serenity Hot Tubs

**Serenity Special Edition**



*May not be exactly as shown. Refer to Jet Diagram for details.*

**Standard Features**
1. World Famous Comfortable and Spacious Design
2. Three Stage Acrylic and Polymer Shell
3a. Powerful 240V / 4HP Pump System - North America
3b. Powerful 230V / 3HP Pump System - Europe
4. 30 Verse Massage Hydrotherapy Jets
5. Stainless Steel High Performance Heater
6. Electronic Soft Touch Controls
7. 4 Inch Enersmart Insulating Hard Cover
8. Super Soft Pillows
9. Underwater Safety Lighting (5 colour)
10. Safety Grab Handles
11. Automatic Water Purification (Ozone) Ready
12. Standard Everlast Synthetic Cabinetry with Removable Panels
13. Galvanized Steel Support Structure and Equipment Base
14. Polymer Base
15. High Flow Triple Fastened Manifold Plumbing
16. Serenity Guarantee
17. Perimeter Thermal Loc Energy Efficient Insulation
18. Clean and Clear Skimming Micro-Filter



" In making our Hot Tub purchase we had done our due diligence and then we happily closed the books on a Hydropool. The people, the service and our experience have all been so fantastic." Mr. & Mrs. Harry Williams Lake Mohawk, NJ, USA

HOME    COMMERCIAL    ABOUT US    CUSTOMER CORNER    RETAILER LOCATOR    BECOME A RETAILER    RETAILER LOGIN    SITEMAP

©2007 Hydropool Hot Tubs



# HYDROPOOL

# Owner's Manual

**For Hydropool Hot Tubs Manufactured After January 2004**

**HYDROPOOL INDUSTRIES**

## SPACOUSTIC™ MARINE AUDIO SYSTEM CONTINUED

### INITIAL START-UP
What makes your Hydropool Spacoustic™ integrated Audio System so unique is the patented hydraulic lift mechanism. Once your Hydropool spa is filled and operating, just follow these 4 easy steps:

1. press the 'jets' pad on the spa topside control to put pump 1 into high speed
2. open the blue-handled air purge valve, wait about 30 seconds to allow any trapped air to evacuate from the system
3. close the air-purge valve

### OPERATING INSTRUCTIONS
**To raise the speakers:**
Press the 'jets' pad on the hot tub topside control to put P1* on high speed, then press and hold the PWR button on the radio remote control or the PWR button on the radio, and the marine speakers will rise up from their recessed position.

**To lower the speakers:**
Press and hold the PWR button on the radio remote control or the PWR button on the radio, and the marine speakers will lower.

Complete operating instructions for the AM/FM CD player are found in the Clarion Owner's Manual included with your new Hydropool Hot tub.

* see section HYDROPOOL CONTROL SYSTEMS









### WINTERIZING YOUR SPACOUSTIC™ SYSTEM
The Spacoustic™ hydraulics is incorporated within the Thermal Loc multi-layer insulation system. During normal hot tub operation this protects against freezing, even in the coldest winter conditions. If you do not intend to operate your hot tub in the winter season (or in any condition where freezing may occur), it is absolutely necessary to completely drain the hydraulic system. Any damage caused by freezing will not be covered under warranty.

While the water is draining* with the hot tub control system operating in 'Standby/Drain Assist' mode, simply open the air-purge valve. Water will not come out of the valve. The pump will draw air through the air-purge valve, and the water in the Spacoustic hydraulic system will be evacuated through the pump. Leave the valve open after draining.

* See section DRAINING YOUR HOT TUB

This product is warranted against all defects in material workmanship for a period of one year from the date of original purchase.



**The World's Best Self-Cleaning Hot Tubs**

The Self-Clean system cleanses 100% of the water every 15 minutes and takes the work away with a hands-free system to safe guard you and your family.

SELF CLEANING HOT TUBS    SERENITY HOT TUBS    SWIM SPAS    PROMOTIONAL OFFERS    ACCESSORIES

## Customer Corner

Hydropool Industires is Canada's premiere hot tub manufacturer with over 16 models, 32 configurations and 16 colors for you to choose from. Hydropool's superior product features including the proprietary "Self Clean Plus", Double Thermal Lock, Versa Massage Hydrotherapy and quality cabinetry provide you with industry leading innovations. Over the years, Hydropool has learned that most people want hydrotherapy features that are designed to suit their own individual needs and stress points when purchasing a hot tub. That is why we offer various levels of hydrotherapy in each and every model and have one of the largest selections of designs and colors available. If one of our preset packages does not meet your needs, we are more than happy to build a hot tub to meet your exact specifications. Backed by one of the best warranties in the business, you are sure to have peace of mind as you enjoy your Hot Tub experience.

**Contact Us**

HYDROPOOL INDUSTRIES INC.
335 Superior Boulevard,
Mississauga, Ontario, Canada
L5T 2L6

E-mail: info@hydropoolhottubs.com
Phone: 1-800-465-2933 or 905-565-6810
Fax: 905-565-6820

**English Manuals**

**Self Cleaning Hot Tubs**    **Serenity Hot Tubs**    **Swim Spas**
Select...                    Select...                Select...

**French Manuals**

**Self Cleaning Hot Tubs**    **Serenity Hot Tubs**    **Swim Spas**
Select...                    Select...                Select...

back to top

HOME    COMPANY    ABOUT US    CUSTOMER CORNER    DEALER LOCATOR    BECOME A RETAILER    RETAILER LOGIN    SITE MAP

©2007 Hydropool Hot Tubs



# Designed & Engineered For Comfort, Quality and Performance



For over 20 years, Hydropool™, the manufacturer of Serenity's, has evolved with what we call "continuous engineering". We strive to be the best and nothing less will do. The result is a hot tub renowned worldwide for quality and performance. All models are ergonomically designed for body support and comfort. Soft, comfortable pillows gently support your head & neck, while wide, lumbar support seats cradle your body. Serenity's "Versa Massage" unique hydrotherapy system adds the final touch, massaging every inch of your body.

Built-in hand rail for your comfort.

① *Body Form Lounger* (with extra soft head pillow) Ergonomically designed for full body support & comfort with up to 12 hydrotherapy jets targeting pressure points from your neck to your calves & toes.

② *Multi-sage Seat* (with extra soft head pillow) Provides extensive back & neck therapy in this deep comfortable seat.

③ *Versa Massage Chair* (with extra soft head pillow) Provides complete back, shoulder & neck therapy in this lumbar supported chair.

④ *Cool Down Seat* Provides comfortable light massage for those desiring to keep their upper body out of the water.

⑤ ⑥ *Contoured Bench Seats* Provides medium depth seating with a light massage.

## Insulated to Keep Operating Expense Less Than $1.00 per Day!

*Serenity's*™ Double Thermal Loc System – follows the concept of home insulation and insulates the walls, floor and top of the hot tub while leaving an interior air space that allows the heat of the motor(s) to circulate around the tub and minimize heater requirements. Other hot tubs either simply insulate the shell or fully fill the area between the cabinet and the shell requiring the hot air created by the pump(s) motor to be exhausted and the free heat source wasted. Serenity's™ Double Thermal Loc System:



**STEP 1** Thermal Loc – insulated cabinet/floor

**STEP 2** Warm air blanket created utilizing the natural heat energy from the motor

**STEP 3** Double Thermal Loc – several more inches of 2lb closed cell foam holding plumbing firmly in place

**STEP 4** Insulating air pocket with poly-film barrier traps heat energy from plumbing and shell

**STEP 5** Serenity's thick insulated, tapered locking safety hardcover keeps heat in and animals or young children out.

**STEP 6** Plastic bottom provides added energy efficiency and an infestation barrier to keep out rodents, etc.

Serenity's tub 2 lb. closed cell insulating foam, has more than double the "R" factor of most Hot Tubs and will not absorb moisture like open cell varieties.

### How Most Other Manufacturers Insulate

**Sample A**
Full foam system loses free heat energy from motor. Difficult access for after market service.



**Sample B**
Only shell insulated.
Major heat loss & no plumbing support



**Sample C**
Only cabinet walls & floor insulated.
No plumbing support. Can overheat in warm weather due to no insulation between motor & hot tub water.



3

COMPANY PROFILE | MARKET OVERVIEW | **PRODUCT RANGE** | DEALER SUPPORT | THE NEXT STEPS

# Our products are a pleasure to sell.
# We mix business with pleasure.





**OUR UNIQUE MIX** of residential hot tubs, commercial hot tubs, swim spas, and accessories such as gazebo's allows you to maximize the potential of making a sale with each and every customer that you come into contact with.

**HYDROPOOL® HOT TUBS** is Canada's premiere hot tub manufacturer with over 9 models, 26 configurations and 12 colors to choose from. Hydropool's® superior proprietary product attributes including the "Self Clean Plus", Double Thermal Lock, Versa Massage Hydrotherapy and Heirloom Quality Clear Cedar Cabinetry provide you with exclusive industry leading innovations. Innovations that are rivaled by few and unmatched by none.

Over the years, Hydropool® has learned that not everyone wants the same hydrotherapy, features and interior design in a hot tub. That is why Hydropool® has one of the largest selections of designs and colours available. In additon to that, Hydropool® offers various levels of hydrotherapy in each and every model. Should our preset packages not meet the needs of your customer, we are more than happy to build a hot tub to meet your customers exact specifications.

Backed by one of the best warranties in the business, your customer is sure to have peace of mind while your service department is compensated promptly and equitably for warranty service provided.

**SERENITY® HOT TUBS** are manufactured with the same quality components and backed by the same industry leading warranty as their Hydropool® counterparts. These outstanding hot tubs are positioned to meet the needs of the value priced consumer. A consumer that may normally purchase from a mass merchant or a discount hot tub retailer. You no longer have to fear losing a sale as our line up allows you to offer something to all.

Serenity® Hot Tubs offer one of the most comfortable designs in the industry combined with spacious deep seating. Offered in over 4 models, 7 configurations and 12 colours, there is sure to be a model that is the perfect fit for your customer. The new sleek designs are available in a multitude of hydrotherapy packages and are available with a wide array of the most popular features and options.

**GAZEBOS & SWIM SPAS**
As an industry leader, we offer our dealers some very exciting hot tub accessories and add on products. From our state of the art Multi Media system to our full line of hot tub gazebo's, to our unique line of Hydropool® Swim Spas it is virtually one stop shopping. Benefit from displaying two gazebo's while being able to offer your customer the ability to choose from a catalogue of over 12 models that can be ordered and delivered with the hot tub of their dreams.

**COMMERCIAL HOT TUBS**
Continue to say "Yes" with our commercial line of hot tubs for hotels, condo's, health clubs etc. Tap into Hydropool's® 30 years of commercial expertise and increase your profits today!

Our range of hot tub products along with our complimentary products have wide appeal to customers and consumers.

**HYDROPOOL**
hot tubs swim spas