UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAAX SPAS (ARIZONA), INC.
**Plaintiff**

-v-

HYDROPOOL INDUSTRIES INC.
**Defendant**



07 CIV. 4080

**JUDGE KARAS**

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __MAAX SPAS (ARIZONA), INC.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 5/24/2007

Signature of Attorney

**Attorney Bar Code:** JL1971

Jeffrey A. Lindenbaum

Form Rule7_1.pdf