AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE August 1, 2007 |
| NAME OF SERVER *(PRINT)* Lincoln Parker | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 335 Superior Boulevard, Mississauga, Ontario, L5T 2L6

[x] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Stephanie Stafford - Receptionist for Hydropool Industries, Inc on August 1, 2007 at approximately 2:16 p.m.

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 16, 2007
         Date

*Lincoln Parker*
Signature of Server

SELECT DOCUMENT SERVICES INC.
Address of Server: 150 Consumers Road, # 407
Toronto, Ontario, Canada
M2J 1P9

[Seal: DAVID CHONG, NOTARY PUBLIC, ONTARIO CANADA]

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.