PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1723
Kerry A. Brennan (KB-2400)

Attorneys for Defendant
HYDROPOOL INDUSTRIES INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAAX SPAS (ARIZONA), INC, <br><br> Plaintiff, <br><br> v. <br><br> HYDROPOOL INDUSTRIES INC., <br><br> Defendant. | Civil Action No. 07-civ-4080 (KMK) <br><br> **DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hydropool Industries Inc. (a non-governmental corporate party) hereby certifies that Hydropool Industries Inc. is a privately-owned entity, there are no parent corporations, and that there are no public corporations that own 10% or more of Defendant's stock.

September 6, 2007                    Respectfully submitted,

                                    PILLSBURY WINTHROP
                                      SHAW PITTMAN LLP

By: ___/s/ Kerry A. Brennan___
      Kerry A. Brennan
      1540 Broadway
      New York, NY 10036-4039
      Phone: 212.858.1000

*Of Counsel*

Kevin T. Kramer
PILLSBURY WINTHROP
  SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Phone: 202.663.8000

Sarah R. Greene
PILLSBURY WINTHROP
  SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4589
Phone: 703.770.7900

*Attorneys for Defendant*
  *Hydropool Industries Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 6, 2007, one copy of the foregoing DEFENDANT'S RULE 7.1 STATEMENT was served on counsel for Plaintiff Maax Spas (Arizona) Inc. via e-mail and first class mail, postage pre-paid, as follows:

Jeffrey A. Lindenbaum
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
jlindenbaum@collenip.com


_____Kerry A. Brennan_____