UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MAAX SPAS (ARIZONA), INC.
                Plaintiff,

-v-                                     Case No.  07-cv-04080  (RJS)

HYDROPOOL INDUSTRIES, INC.,
                Defendant.

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties and their respective counsel that the above captioned action is hereby dismissed with prejudice and without cost to any party against the other.

Dated:  February 8, 2008


| COLLEN IP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|---|---|
| By: ____/s Jeffrey A. Lindenbaum_____ | By: ____/s Kerry A. Brennan__ |
|     Jeffrey A. Lindenbaum (JL-1971) |     Kerry A. Brennan |
|     The Holyoke-Manhattan Building |     1540 Broadway |
|     80 South Highland Avenue |     New York, NY 10036-4039 |
|     Ossining, New York 10562 |     Phone: +1.212.858.1000 |
|     Tel.  (914) 941-5668 |     Fax: +1.212.858.1500 |
|     Fax. (914) 941-6091 | |
| Counsel for Maax Spas (Arizona), Inc. | Counsel for Hydropool Industries, Inc. |

## CERTIFICATE OF FILING AND SERVICE

 The undersigned hereby certifies that on February 8, 2008, a copy of the foregoing Stipulation of Dismissal has been filed with the Court via the Court's ECF/CM system, which will send notification of the filing to the following attorney of record:

Kerry A. Brennan, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Phone: +1.212.858.1000
Fax: +1.212.858.1500

                ____s/ Jeffrey A. Lindenbaum_____