Sullivan/S

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAAX SPAS (ARIZONA), INC.
        Plaintiff,

-v-                              Case No. 07-cv-04080 (RJS)

HYDROPOOL INDUSTRIES, INC.,
        Defendant.

---

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties and their respective counsel that the above captioned action is hereby dismissed with prejudice and without cost to any party against the other.

Dated: February 11, 2008

COLLEN IP

By: _____
Jeffrey A. Lindenbaum (JL-1971)
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
Fax. (914) 941-6091

Counsel for Maax Spas (Arizona), Inc.

PILLSBURY WINTHROP SHAW
PITTMAN LLP

By: _Kerry A. Brennan_
Kerry A. Brennan
1540 Broadway
New York, NY 10036-4039
Phone: +1.212.858.1000
Fax: +1.212.858.1500

Counsel for Hydropool Industries, Inc.

2/13/08